IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JERRY GARDNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-cv-0165-MJR |
| ) | |
| STAR TRANSPORT, INC., ) | |
| and JEFF HOUSTON, ) | |
| ) | |
| Defendants. ) | |

ORDER OF DISMISSAL

REAGAN, District Judge:

One year ago, Jerry Gardner filed suit in this Court against four Defendants, seeking to recover damages for personal injuries sustained in a vehicular accident which occurred in February 2004. Gardner's April 2006 second amended complaint (filed with leave of Court) named only two of the four original Defendants – Start Transport, Inc. and Jeff Houston. After subject matter jurisdiction was confirmed, the case was assigned a firm trial date (June 4, 2007), and discovery proceeded.

Gardner filed a third amended complaint on February 9, 2007. Ten days later, he and the two named Defendants filed a pleading by which they stipulate to dismissal of this action with prejudice.

1

Pursuant to that joint stipulation (Doc. 41) and in accord with Federal Rule of Civil Procedure 41(a)(1)(ii), the Court hereby **DISMISSES this action with prejudice**, each party to bear its own costs.

IT IS SO ORDERED.

DATED this 23rd day of February 2007.

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge
